# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129409(64)

DIANE BUKOWSKI and MICHIGAN CITIZEN,
     Plaintiffs-Appellees,

v

CITY OF DETROIT,
     Defendant-Appellant.

SC: 129409
COA: 256893
Wayne CC: 02-242574-CZ

_____

On order of the Chief Justice, the motion by the Michigan Press Association for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED. The brief should be filed and served not later than January 19, 2007.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk